UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHNNY LEE WILLIAMS,

          Plaintiff,

          v.                                  Case No. 25-cv-1411-bhl

MILWAUKEE COUNTY JAIL, et al.,

          Defendants.

---

## DECISION AND ORDER

---

      Plaintiff Johnny Lee Williams is a prisoner confined at the Milwaukee County Jail who is representing himself in this 42 U.S.C. §1983 case. On September 15, 2025, along with his complaint, Williams filed a motion for leave to proceed without prepaying the filing fee. Dkt. Nos. 1 & 2. The Prison Litigation Reform Act applies to this case because Williams was incarcerated when he filed his complaint. That statute allows prisoners to proceed without prepaying the full filing fee if, when they have assets or means, they first pay an initial partial filing fee. 28 U.S.C. §1915(b). On September 16, 2025, the Court ordered Williams to pay an initial partial filing fee of $24.67 by October 16, 2025 or advise the Court in writing why he was unable to submit the assessed amount. Dkt. No. 4.

      On October 6, 2025, Williams filed a letter asking the Court to "clarify" which of his two cases involves his dental issues and which involves his vision issues; how to attach evidence to each case; and complaining that Wellpath Defendants will not help him identify the Doe defendants. Dkt. No. 7. William's letter does not discuss his obligation to pay the filing fee or

mention difficulties arranging payment. *See id*. The Clerk responded by sending him a copy of the docket. *Id*.

On October 20, 2025, Williams had still not paid the initial partial filing fee. Accordingly, the Court entered a further text-only order, noting Williams' non-compliance and giving him one more chance to pay the fee. Dkt. No. 8. The Court informed him that if it did not receive the initial partial filing fee or an explanation of the non-payment by October 30, 2025, Williams' motion for leave to proceed without prepaying the filing fee would be denied and his case dismissed. *Id*. The extended deadline has now also passed, and the Court has not received the fee nor has Williams informed the Court of any challenges he faced in arranging submission of the fee.

**IT IS THEREFORE ORDERED** that Williams' motion for leave to proceed without prepaying the filing fee (Dkt. No. 2) is **DENIED** based on his failure to pay the initial partial filing fee; and this case is **DISMISSED without prejudice** based on his failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. §1915(b)(1), Williams must pay the $350 statutory filing fee. Accordingly, the agency having custody of Williams shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Williams' prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Williams is transferred to another institution, the transferring institution shall forward a copy of this Order along with Williams' remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the Milwaukee County Sheriff and to Office of the Sheriff, Fiscal Operations Rm 224, 821 W. State Street, Milwaukee, WI 53233.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin on November 4, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge

3

Case 2:25-cv-01411-BHL   Filed 11/04/25   Page 3 of 3   Document 9